**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY GENE POWELL, ) | No. CV 06-1524-CAS(CW) |
| ) Petitioner, ) | JUDGMENT |
| ) v. ) | |
| ) JOE NORWOOD (Warden), ) | |
| ) Respondent. ) | |

    **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: <u>December 3, 2008</u>

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge